1  James G. Atchison, Esq. (R.I. Bar Number 7682)
   Shechtman Halperin Savage, LLP
2  1080 Main Street
   Pawtucket, RI 02860
3  Phone: (401) 272-1400
4  Fax: (401) 272-1403
   Email: jatchison@shslawfirm.com
5  Bankruptcy Counsel for Defendant Alliance Security, Inc.

FILED
OCT 10 2017
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRISTOPHER GRIER, on behalf of himself and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>ALLIANCE SECURITY, INC.,<br><br>Defendant. | Case No.: 2:17-cv-01288-JAM-EFB<br><br>**CLASS AND COLLECTIVE ACTION COMPLAINT FOR DAMAGES, RESTITUTION, AND INJUNCTIVE RELIEF**<br><br>1. **Failure to Pay Overtime (Violation of Fair Labor Standards Act, 29 U.S.C. § 207)**<br><br>2. **Failure to Pay Overtime (Violation of California Labor Code §§ 510, 558, 1194; and IWC Wage Order 4-2001)**<br><br>3. **Failure to provide off-duty meal and rest periods (Cal. Labor Code §§ 218.5 226.7, 512; IWC Wage Order 4-2001)**<br><br>4. **Failure to Reimburse for Necessary Expenditures (Cal. Labor Code § 2802 Failure to Provide Itemized Wages Statements (Cal. Labor Code § 226)**<br><br>5. **Failure to Provide Wages Upon Separation of Employment (Cal. Code §§ 201-203)**<br><br>6. **Unfair Competition (Violation of Cal. Business and Professions Code § 17200, *et seq.*)** |

1

## SUGGESTION OF BANKRUPTCY

PLEASE TAKE NOTICE that on July 14, 2017, Defendant Alliance Security, Inc. ("Debtor") filed a petition for bankruptcy under Chapter 11 of the United States Bankruptcy Code in the United States Bankruptcy Court for the District of Rhode Island, Case No.: 1:17-bk-11190.

Pursuant to 11 U.S.C. § 362(a), the filing of Debtor's voluntary petition operates as a stay with respect to continuation of a judicial, administrative or other action or proceeding against Debtor that was or could have been commenced before the commencement of the Chapter 11 case.

Respectfully submitted,

Shechtman Halperin Savage, LLP

/s/ *James G. Atchison*
James G. Atchison, Esq. (R.I. Bar No. #7682)
Counsel Alliance Security, Inc.